

FILED

12/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0728

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0728

_____

KYLE WAYNE WOODSON,

Petitioner,

v.                                                          O R D E R

CAPTAIN BRADLEY BRAGG, Lewis
and Clark County Detention Center,

Respondent.

_____

FILED

DEC 3 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Kyle Wayne Woodson has filed a petition for a writ of habeas corpus, requesting his immediate release from jail and dismissal of the charges due to illegal incarceration. He states that he has been in jail since July 20, 2024, "on lies and hearsay . . . ." He further states that he is seeking relief in a higher court [be]cause [he doesn't] believe [he is] being treated justly or fairly due to the fact that [he is] not only homeless but also a person of color . . . ." Woodson alleges illegal search and seizure, lack of probable cause, and that he wants a speedy trial after "they signed away [his] right to a speedy trial . . . ." He requests financial compensation.

This Court secured a copy of the court's register of actions. The Lewis and Clark County District Court held an arraignment on August 14, 2024, and a week later, the court held a bail modification hearing. It appears that the court maintained all previously imposed conditions, including that Probation and Parole officers must approve Woodson's residence prior to any release with conditions. Woodson has counsel to represent him, as he mentions in his Petition. The court held another bail modification hearing on November 22, 2024. There have been no other filings since that date.

Woodson's remedy is not with this Court. We do not have a complete record to review, as in an appeal. The District Court has imposed a bail amount, for which Woodson

is being held. Woodson has not demonstrated want of bail, as necessary in a petition for writ of habeas corpus. Section 46-22-103, MCA. The cause of his incarceration is due to his pending criminal case. *Gates v. Missoula Cnty. Comm'rs*, 235 Mont. 261, 262, 766 P.2d 884, 884-85 (1988). Woodson is not entitled to financial compensation or habeas corpus relief. Section 46-22-101(1), MCA. Accordingly,

IT IS ORDERED that Woodson's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Michael F. McMahon, District Court Judge; Angie Sparks, Clerk of District Court, under Cause No. BDC-2024-330; Kevin Downs, County Attorney; Andrew Betson, Defense Counsel; and Kyle Wayne Woodson personally.

DATED this 31st day of December, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices